AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| DOUGLAS S. MCGLOHON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| PURDUE, INC., ) | **CASE NO. 2:10-CV-28-D** |
|     Defendant. ) | |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED that McGlohon's motion to proceed informa pauperis [D.E. l] is GRANTED, and the Clerk of Court is DIRECTED to accept the complaint for filing. Nonetheless, the action is DISMISSED as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).


    THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 17, 2010**, AND A COPY TO:

Douglas S. McGlohon (Via USPS)


| | |
|---|---|
| June 17, 2010 | DENNIS IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |