IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CV-28-D

| DOUGLAS S. McGLOHON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| PURDUE INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

On June 17, 2010, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) this court dismissed plaintiff's complaint as frivolous and entered final judgment closing the case [D.E. 3, 4]. On June 13, 2011 plaintiff filed a motion for reconsideration of the judgment [D.E.6]. The court has reviewed plaintiff's motion. McGlohon's motion for reconsideration [D.E. 6] is DENIED.

SO ORDERED. This 27 day of June 2011.

JAMES C. DEVER III
United States District Judge